UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL** |
| **VERSUS** | **NO. 23-00052-JWD-EWD** |
| **ROBERT PENNYWELL**<br>**MOHAMMAD SHARIFI**<br>**NICHOLAS CRITNEY**<br>**JHON BROOKS**<br>**JASON JACKSON** | **JUDGE JOHN W. DEGRAVELLES** |

**CONSIDERING THE ABOVE AND FOREGOING:**

**IT IS HEREBY ORDERED THAT** a 60-day extension of the current substantive motion deadline of April 4, 2025, is granted and the substantive motion deadline is now **June 3, 2025**.

**IT IS FURTHER ORDERED THAT** that the status conference to select a trial date scheduled for April 23, 2025 is continued and reset for **June 5, 2025 at 2:00 p.m. by zoom**.

Baton Rouge, Louisiana this 20th day of March, 2025.

_____
**JUDGE JOHN W. DEGRAVELLES**